

# RMC

Manufacturers of Quality Hardware Since 1879

# 3@BGDS4S@R

## You will not see these prices again!*



| Part Number | Description | Price* (per each) |
|---|---|---|
| 108032 | 1x 63 Ratchet Assembly, Light Duty, 6" Fixed End | $1.67 |
| 108032-01 | 1x 63 Ratchet Assembly, Heavy Duty, 6" Fixed End | $2.21 |
| 108041-01 | 1x 80 Ratchet Assembly, Heavy Duty, 6" Fixed End | $2.09 |
| 108052-01 | 1 x 192 Ratchet Assembly, Heavy Duty, 6" Fixed End | $2.72 |
| 108031 | 1x 63 Ratchet Assembly, Light Duty, 12" Fixed End | $1.55 |
| 108031-01 | 1x 63 Ratchet Assembly, Heavy Duty, 12" Fixed End | $2.05 |
| 108042-01 | 1x 80 Ratchet Assembly, Heavy Duty, 12" Fixed End | $2.28 |

## To place an order, please call Elisa Nelson (800) 754-5333
## Have Questions? Call Jim Wyatt (706) 677-1413

All orders are FOB: Franklin, WI 53132

*Sale good from February 6, 2015 to April 10, 2015

Ridgeway Manufacturing Corp. Division of N C N J International Inc.
5695 W. Franklin Dr. Franklin, WI 53132
Phone: 262-637-7414 Toll Free: 800-754-5333 Fax: 262-637-7955
Website: www.ridgewaycorp.com E-mail: ridgeway@ridgewaycorp.com

